IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY ROLAND,

    Plaintiff,

v.   CASE NO. 1:11-cv-48-MP-GRJ

MICHEAL BRYANY,

    Defendant.

_____/

**REPORT AND RECOMMENDATION**

    Plaintiff filed a Complaint under 42 U.S.C. § 1983 on March 18, 2011.  (Doc. 1). Plaintiff failed to file service copies, a filing fee, or a motion to proceed as a pauper. Plaintiff also failed to submit the Complaint on the standard forms.  On March 30, 2011, this Court issued an order directing Plaintiff to submit an amended complaint on the standard forms.  The Court also ordered Plaintiff that on or before April 27, 2011, he should either (1) move to proceed as a pauper and submit a computer printout of his bank account; (2) pay the full $350.00 filing fee, or (3) file a notice of voluntary dismissal of the case pursuant to Fed.R.Civ.P. 41(a).  (Doc. 3).  Plaintiff has failed to complete any of the three options presented by the Court and has not filed an amended complaint on the standard forms.

    Accordingly, for these reasons, it is respectfully **RECOMMENDED** that this cause should be **DISMISSED** for failure to prosecute and for failure to comply with a court

order.

At Gainesville, Florida, this 18th day of July, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**
Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.